THE STATE v. STATON et al.

**Criminal Case** : NO ARGUMENTS : NO ERROR FOUND : AFFIRMED.

*Appeal from Sac District Court.*—HON. J. H. MACOMBER, Judge.

FILED, JUNE 8, 1888.

THE defendants were indicted for the crime of mingling poisons with drink with intent to injure a human being. They were found guilty by a jury, and from the judgment rendered on the verdict appeal.

ROBINSON, J.—This cause was submitted to us upon a transcript of the indictment, verdict, motions for a new trial and judgment. No errors were assigned, and no argument was made for either party. In this condition of the case we have examined the record with care, but have failed to discover any error of which appellants can justly complain. The judgment of the district court is therefore

AFFIRMED.

Criminal Case : NO ARGUMENTS : NO ERROR FOUND : AFFIRMED.